**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-7370

ROBERT WILLIAMS,

                Plaintiff - Appellant,

        v.

STATE OF MARYLAND; WARDEN ROWLEY; MS. WALKER, Officer;
SERGEANT JOHNSON; SERGEANT WARNER; SERGEANT CROSS; SERGEANT
THOMAS; J. FRANTZ, Officer, in their official capacity,

                Defendants – Appellees,

        and

OFFICER FREZEL,

                Defendant.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, District Judge.
(8:09-cv-00879-DKC)

Submitted:  September 10, 2009      Decided:  September 16, 2009

Before KING, DUNCAN, and AGEE, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Robert Williams, Appellant Pro Se.  Stephanie Judith Lane-Weber,
Assistant Attorney General, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Williams, seeks to appeal the district court's order denying his motion for appointment of counsel and his motion for a temporary restraining order and preliminary injunction. In denying the temporary restraining order, the district court noted that Williams failed to demonstrate a likelihood of irreparable harm or any of the other requirements necessary to obtain preliminary injunctive relief. Williams timely appealed.

This court may exercise jurisdiction only over final orders, 28 U.S.C. § 91 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). Williams' appeal of the district court's denial of appointment of counsel and of a temporary restraining order, are neither final orders nor appealable interlocutory or collateral orders. To the extent the district court denied a preliminary injunction, which is an appealable order, we conclude that denial was not an abuse of discretion. See Cienna Corp. V. Jarrard, 203 F.3d 312, 322 (4th Cir. 2000).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED